UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBBIE COLEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:16 CV 1415 CDP |
| ) | |
| METAL CONTAINER CORPORATION, ) | |
| ) | |
| Defendant. ) | |

# **MEMORANDUM AND ORDER**

This matter came before me for hearing on the motion of defendant Metal Container Corporation to enforce the settlement agreement it entered into with plaintiff Robbie Coleman on her claims raised in this action. Upon consideration of the testimony and evidence presented at the hearing, I find that the parties reached a settlement in this case, and I will grant defendant's motion to enforce the settlement.

Accordingly, for the reasons stated on the record at the hearing,

**IT IS HEREBY ORDERED** that defendant Metal Container Corporation's Motion to Enforce Settlement Agreement [19] is **GRANTED**.

**IT IS FURTHER ORDERED** that within thirty (30) days of this Order, defendant shall pay the sum of Eight Thousand, Eighty-Two and 70/100 Dollars

($8082.70) to Newton Barth LLP, representing its attorney's fees and costs incurred in this matter.

**IT IS FURTHER ORDERED** that within thirty (30) days of this Order, defendant shall pay the sum of Two Thousand and 00/100 Dollars ($2000.00) to plaintiff Robbie Coleman, representing settlement of plaintiff's claim for back wages in this action.

**IT IS FURTHER ORDERED** that within thirty (30) days of this Order, defendant shall pay the sum of Two Thousand, Four Hundred Seventeen and 30/100 Dollars ($2417.30) to plaintiff Robbie Coleman, representing settlement of plaintiff's claim for other damages in this action.

Defendant Metal Container Corporation's payment of these monies as ordered shall satisfy its obligation under its settlement agreement with plaintiff Robbie Coleman.

**IT IS FURTHER ORDERED** that upon remitting payment to Newton Barth, LLP, and to plaintiff Robbie Coleman as ordered above, defendant shall certify to the Court its satisfaction of this obligation. Upon this certification, defendant Metal Container Corporation shall be discharged from this action and plaintiff Robbie Coleman's claims against Metal Container Corporation will be dismissed with prejudice.

Counsel are reminded that because plaintiff is appearing pro se, they must mail any filings to her, as pro se parties do not receive electronic filings.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 11th day of December, 2017.